■ In the Matter of RALPH ALICEA, Petitioner, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [21 NYS3d 660]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the

Fourth Judicial Department by order of the Supreme Court, Wyoming County [Michael M. Mohun, A.J.], entered June 11, 2015) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Centra, Lindley, Valentino and Whalen, JJ.